**Thomas Delawrence LEATH,
Plaintiff-Appellant,**

v.

**UNITED STATES of America; Drug Enforcement Administration; Agents Known and Unknown; Federal Bureau of Investigation, Defendants-Appellees.**

No. 16-6672

United States Court of Appeals,
Fourth Circuit.

Submitted: December 15, 2016

Decided: December 19, 2016

Thomas Delawrence Leath, Appellant Pro Se.

Before SHEDD, DUNCAN, and AGEE, Circuit Judges.

---

* Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388, 91 S.Ct.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thomas Delawrence Leath appeals the district court's order accepting the magistrate judge's recommendation and dismissing for failure to state a claim, see 28 U.S.C. § 1915(e)(2)(B)(ii), Leath's Bivens * complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Leath v. United States, No. 1:16-cv-00248-CCE-LPA (M.D.N.C. May 9, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED